**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number  2021-CA-1316

In Re Interdiction of Robert E. Cockerton

16th Judicial District Court
Case #: 135323
St. Mary Parish

On Application for Rehearing filed on  04/21/2022 by Carl Schaefer

Rehearing ___DENY_____

_____
J. Michael McDonald

_____
Walter I. Lanier III

_____
Elizabeth  Wolfe

Date ___MAY 1 9 2022_____

_____
Rodd Naquin, Clerk